SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
Gregory F. Hurley, Cal. Bar No. 126791
ghurley@sheppardmullin.com
Michael J. Chilleen, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
Kandice L. Kim, Cal. Bar No. 295227
klkim@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:   714.513.5130

Attorneys for Defendant,
THE KROGER CO.

Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff
GABRIEL LALLI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL LALLI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>THE KROGER CO., an Ohio corporation; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No. 8:21-cv-00274-JLS-DFM<br>*Honorable Josephine L. Staton*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed:   February 11, 2021<br>Trial Date:      None Set |

The Parties by and through counsel hereby jointly give the Court notice that Plaintiff Gabriel Lalli and Defendant The Kroger Co. (collectively, "The Parties") have reached a provisional settlement in this matter as to Plaintiff's individual claims.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be formally executed within forty-five (45) days, allowing for the Parties to file a Joint Stipulation for Dismissal with prejudice as to all parties and without prejudice as to the claims of the purported class.

Dated:  June 16, 2022

WILSHIRE LAW FIRM, PLC

By     /s/
THIAGO M. COELHO
BINYAMIN I. MANOUCHERI
Attorneys for Plaintiff
GABRIEL LALLI

Dated:  June 16, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/
GREGORY F. HURLEY
MICHAEL J. CHILLEEN
KANDICE L. KIM
Attorneys for Defendant,
THE KROGER CO.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Michael J. Chilleen, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 16, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By         _____
                     */s/ Michael J. Chilleen*
                     GREGORY F. HURLEY
                     MICHAEL J. CHILLEEN
                     KANDICE L. KIM
                     Attorneys for Defendant,
                     THE KROGER CO.