**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL LALLI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>THE KROGER CO., an Ohio corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 8:21-cv-00274-JLS-DFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(a) (Doc. 38)** |

-2-

1   IT IS HEREBY ORDERED THAT, Plaintiff Gabriel Lalli and
2   Defendant The Kroger Co.'s joint request (Doc. 38) that this Court enter a dismissal
3   with prejudice as to Plaintiff's individual claims in their entirety and without
4   prejudice as to the claims of absent putative class members in the above-entitled
5   action, is GRANTED in full.  Each party shall bear his or its own fees and costs.

7   **IT IS SO ORDERED**.

9   DATED: July 24, 2022

    _____
    HON. JOSEPHINE L. STATON
    UNITED STATES DISTRICT JUDGE